UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERIMICHAEL COOLEY, | ) | CASE NO. SA CV 16-1384-CAS (PJW) |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING SECOND OR |
| | ) | SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) | AND DENYING CERTIFICATE OF |
| | ) | APPEALABILITY |
| DEBBIE ASUNCION, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is Petitioner's second attempt to challenge his 2005 state conviction for second degree murder and resultant 37-years-to-life sentence. His first petition was denied on the merits by this Court in September 2010. (*Cooley v. Small*, SA CV 08-1155-CAS (PJW), September 28, 2010 Order.) Petitioner appealed, but the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (*Cooley v. Small*, No. 10-56709, March 20, 2012 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition

absent prior authorization from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: August 1, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\SA16CV01384-CASPJW-O.wpd