JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERIMICHAEL COOLEY,<br><br>          Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION, WARDEN,<br><br>          Respondent. | CASE NO. SA CV 16-1384-CAS (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    August 1, 2016.

                                          */s/ Christina A. Snyder*
                                          CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\SA16CV01384-CASAJW-J.wpd